UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

June 12, 2014

TO COUNSEL OF RECORD

    RE:    *First Data Merchant Services Corporation v. SecurityMetrics, Inc.*  
            Civil No. RDB-12-2568

Dear Counsel:

The Court has reviewed the numerous submissions filed by the parties in recent weeks. After consideration of the issues raised by those papers, this Court hereby ORDERS:

1. SecurityMetrics' Motion for Extension of Time to Complete Discovery (ECF No. 216) is GRANTED IN PART and DENIED IN PART, and the Scheduling Order is hereby REVISED as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of fact discovery | June 16, 2014 | July 15, 2014 |
| Disclosures under Rule 26(a)(2), other than disclosures under Rule 26(a)(2)(D)(ii) | July 11, 2014 | July 15, 2014 |
| Disclosures under Rule 26(a)(2)(D)(ii) | August 11, 2014 | August 25, 2014 |
| Completion of expert discovery; submission of status report | September 8, 2014 | September 15, 2014 |
| Filing of dispositive motions | October 10, 2014 | October 10, 2014 |
| Pretrial Conference | January 7, 2015 at 2:00 p.m. | January 7, 2015 at 2:00 p.m. |
| Trial | January 12, 2015 | January 12, 2015 |

2. The Court will hold a **telephonic hearing** on **Wednesday, June 18, 2014 at 11:30 a.m. E.S.T.** to address any discovery related issues and the remaining open motions. If the parties wish to file oppositions to the open motions, they should do so by Monday, June 16, 2014.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                                    Sincerely,

                                    _____/s/_____

                                    Richard D. Bennett
                                    United States District Judge

RDB/tpk