**Maschoff Brennan**
Intellectual Property and Complex Litigation

949.202.1900 main
949.435.1104 fax
www.maschoffbrennan.com

L. Rex Sears
rsears@mabr.com

June 12, 2014

<u>**Via ECF**</u>

Hon. Richard D. Bennett, United States District Judge
Unites States District Court for the District of Maryland
101 West Lombard Street
Baltimore MD 21291

    Re:    *First Data Merchant Services Corp., et al. v. SecurityMetrics, Inc.*, No. 12-cv-2568

Dear Judge Bennett:

By letter order dated today (ECF No. 230), the Court set a telephonic conference to address discovery issues for 11:30 a.m. next Wednesday, June 18, 2014. Counsel for SecurityMetrics will already be in the East for depositions, and would be pleased to appear in person (rather than telephonically) at that date and time, the Court permitting. Counsel for SecurityMetrics therefore respectfully request that the Court permit them to attend next Wednesday's hearing in person, with counsel for First Data attending either telephonically or in person, at their election.

    Respectfully,

    MASCHOFF BRENNAN

    *L. Rex Sears*

c:    All counsel via ECF

1389 Center Drive, Suite 300
Park City, Utah 84098

201 South Main Street, Suite 600
Salt Lake City, Utah 84111

20 Pacifica, Suite 1130
Irvine, California 92618